IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

v.

                                          Case No. 18-cv-680-jdp

CATHY A. JESS, TIM HAINES, L.R.
IVERSON, VICKI SEBASTAIN, PETER
HUIBREGTSE, T. OVERBO, CHAPLAIN
EWING, G. BOUGHTON, A. BROADBENT,
CO II BARTELS, and JOHN/JANE DOES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 3/19/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |