# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Titus Henderson,
    Appellant-Plaintiff,

V.

W.D.Wis# 18-cv-680-jdp

Cathy A. Jess, et al,
    Appellees-Defendants

## NOTICE OF APPEAL

It is hereby given, Plaintiff-Appellant Titus Henderson, that a Notice Of Appeal is being filed in United States District Court, Western District of Wisconsin, Hon. James D. Peterson, entered judgment Dismissing civil action in favor of Defendants, granting Summary Judgment on credibility.

Dated: March 30, 2021.

By: /s/

Titus Henderson 294317
Green Bay Corr. Inst.
P.O. Box 19033
Green Bay, WI
54307